# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

## NO. 03-02-00050-CV

**Edward Skip Cassavaugh, Mary Ann Cassavaugh, James Clayton
and Bonnie Clayton, Appellants**

**v.**

**ACandS, Inc., Appellee**

**FROM THE DISTRICT COURT OF MILAM COUNTY, 20TH JUDICIAL DISTRICT
NO. 26,725, HONORABLE EDWARD P. MAGRE, JUDGE PRESIDING**

Appellants have filed an unopposed motion to dismiss. We grant the motion and dismiss the

appeal. Tex. R. App. P. 42.1(a)(2).

Bea Ann Smith, Justice

Before Chief Justice Aboussie, Justices B. A. Smith and Yeakel

Dismissed on Appellants= Motion

Filed: May 9, 2002

Do Not Publish